# United States Bankruptcy Court

## Middle District of Georgia

Date: 11/19/21

In re:

Allen Michael LeGrone
9054 Spooner Quarter Road
Blakely, GA 39823

Debtor(s)

Case No. 16–11593 AEC

Chapter 7

RE: Application for Approval of Employment of Attorney

In reviewing the docket for the above case, it appears that you filed an Application for Approval of Employment of Attorney but the name listed on the Application and Order is Allen M. Legrone, Sr. No where on record do we show Mr. LeGrone as a Sr. Please amend all documents to show the correct name listed above.

If you have any questions please feel free to contact me at the number listed below.

Sincerely,

Donna Bass

Deputy Clerk
United States Bankruptcy Court

(706)596–7138