**SO ORDERED.**

**SIGNED this 30 day of November, 2021.**



_____
**Austin E. Carter
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.  16-11593-AEC |
| | * | |
| ALLEN MICHAEL LEGRONE, | * | |
| | * | |
| DEBTOR(S) | * | CHAPTER 7 |

### ORDER APPROVING EMPLOYMENT OF ATTORNEYS FOR SPECIFIED SPECIAL PURPOSE

Upon the application of Joy R. Webster, Trustee in the above case, seeking authority to employ counsel in connection with this case and the Court being satisfied that Andrus Wagstaff, PC and Lawrence Litigation Group LP does not hold or represent any interest adverse to the estate and his representation of the Trustee is in the best interest of the estate, it is hereby,

ORDERED that Joy R. Webster, Trustee, be and hereby is authorized to employ Andrus Wagstaff, PC and Lawrence Litigation Group LP as Attorneys in this case on the terms and conditions indicated in said Trustee's Application for the purpose of prosecuting a personal injury claim; and it is

FURTHER ORDERED that, notwithstanding such terms and conditions, the Court may allow compensation different from the compensation provided under such terms and conditions after conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated as of this date; and it is

FURTHER ORDERED that the U.S. Trustee has 21 days from the entry of this order to file an objection to the employment of the above-mentioned professional.

**END OF DOCUMENT**

Submitted by:
Joy R. Webster
Chapter 7 Trustee
GA State Bar No. 605523
Akin, Webster & Matson, P.C.
P.O. Box 1098
Macon, GA 31202
(478) 742-1889
jwebster@akin-webster.com